No. 17. FREITES v. MIRANDA ET AL.—Casación procedente de la Corte de Distrito de Arecibo. Resuelto en Febrero 17, 1903. Se declaró desierto el recurso interpuesto por no haberse personado la parte recurrente.

---

No. 24. ORSINI v. COMAS.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Marzo 21, 1903. Se declaró desierto el recurso interpuesto por no haber comparecido la parte recurrente.

---

No. 66. DEL TORO v. OLIVIERI.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Marzo 30, 1903. Se declaró abandonado el recurso interpuesto por haber transcurrido más de un año sin instarse el curso de los autos por la parte recurrente. Abogado del recurrente: *Sr. Rossy (Manuel F.)*

---

No. 22. CASTRO v. MORA.—Casación procedente de la Corte de Distrito de Arecibo. Resuelto en Marzo 31, 1903. Se declaró abandonado el recurso interpuesto por haber transcurrido más de un año sin instarse el curso de los autos por la parte recurrente. Abogado del recurrente: *Sr. Rossy (Manuel F.)*

---

No. 6. EX PARTE MAULEÓN.—Solicitud para que se expida mandamiento de Habeas Corpus. Resuelto en Abril 4, 1903. Decretada la excarcelación del peticionario por no tener competencia un Juez de Paz para conocer del delito de agresión. Abogado del peticionario: *Sr. Falcón.* Abogado del Pueblo: *Sr. Feuille, Acting Attorney General.*